IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: COBB

    Defendant.

No. C 12-04339 JSW

**ORDER OF DISMISSAL**

On December 14, 2012, this Court issued an order denying Plaintiff's application to proceed *in forma pauperis* and dismissed the complaint with leave to amend. The Court granted Plaintiff leave to amend his complaint to set forth a cognizable claim and some factual basis to support a claim with federal jurisdiction by no later than January 4, 2013. The Court has received no amended complaint. Accordingly, this matter is DISMISSED.

**IT IS SO ORDERED.**

Dated: June 21, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: COBB<br><br>         Defendant.<br>_____ / | Case Number: CV12-04339 JSW<br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 21, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Christopher Alan Cobb
1638 Bayo Vista
San Pablo, CA 94806

Dated: June 21, 2013

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk